Argued and submitted June 7, affirmed December 4, 1985

In the Matter of the Tax Rate Assessment of:
R. M. WADE & COMPANY, WADE MANUFACTURING
COMPANY, NORTHWEST MARINE IRON WORKS,
ELECTRICAL CONSTRUCTION CO.,
ASTRO TOOL COMPANY, INC.
EMPLOYMENT DIVISION,
*Petitioner,*

*v.*

R. M. WADE & COMPANY et al,
*Respondents.*
(TR-84-5; CA A32942)
710 P2d 158

Philip Schradle, Assistant Attorney General, Salem, argued the cause for petitioner. With him on the brief was James Mountain, Jr., Solicitor General, Salem.

Mildred Carmack, Portland, argued the cause for respondents. With her on the brief were Stephen J. Doyle, and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In this unemployment insurance tax case, the Employment Division appeals a referee's decision which held that the division was equitably estopped from assessing the unemployment tax against petitioner at 7 percent, the applicable tax rate under the provisions of the shared work statute. *See* Or Laws 1982, Special Session, ch 2. We affirm. *See Employment Div. v. Western Graphics Corp.,* 76 Or App 608, 710 P2d 788 (1985).

Affirmed.